UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CALDERON, | NO. CV 12-3495-FMO (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| F.X. CHAVEZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 24, 2014 _____/s/_____
                                                    FERNANDO M. OLGUIN
                                                    United States District Judge